Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

APRIL 29 20 09
BRUCE RIFKIN, Clerk
By ______ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
Plaintiff,
v.
MARQUIN A. THOMPSON,
Defendant.

No. CR09 0122JCC

INDICTMENT

COUNT 1

(Sex Trafficking)

Beginning in or around September 2007 and continuing through January 2008, within the Western District of Washington, and elsewhere, MARQUIN A. THOMPSON, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide and obtain by any means, a female victim (FV1), knowing that force, fraud, and coercion would be used to cause FV1 to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

09-CR-00122-INDI



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

COUNT 2

(Interstate Transportation in Furtherance of Prostitution)

During October 2007, within the Western District of Washington and elsewhere, MARQUIN A. THOMPSON knowingly transported an individual, that is, female victim 1 (FV1), in interstate commerce, specifically from the State of Washington to the States of Nevada and Arizona, with intent that FV1 engage in prostitution and in any sexual activity for which FV1 can be charged with a crime.

All in violation of Title 18, United States Code, Section 2421.

NOTICE OF CRIMINAL FORFEITURE

A. Sex Trafficking

Pursuant to Title 18, United States Code, Section 1594(b), the grand jury alleges that upon conviction of the offense charged in Count 1, MARQUIN A. THOMPSON, shall forfeit to the United States of America, his interest in any and all property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses, and any property, real or personal, constituting or derived from, any proceeds he obtained directly or indirectly as a result of such offenses.

B. Interstate Transportation in Furtherance of Prostitution

Pursuant to Title 18, United States Code, Section 2428(a), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the grand jury alleges that upon conviction of the offense set forth in Count 2, MARQUIN A. THOMPSON, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of such offenses, any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses, and any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

C. Substitute Assets

If any forfeitable property, as a result of any act or omission of any defendant, cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any property of MARQUIN A. THOMPSON.

A TRUE BILL

DATED: April 29 2009

*(Signature of Foreperson redacted pursuant to the policy of the judicial conference.)*

FOREPERSON

for

JEFFREY C. SULLIVAN
UNITED STATES ATTORNEY

TODD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

YE-TING WOO
ASSISTANT UNITED STATES ATTORNEY



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970