FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 21 2010

CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-122JCC |
| Plaintiff, | SUPERSEDING INFORMATION |
| v. | |
| MARQUIN THOMPSON, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

(Human Trafficking)

From approximately September 2007 to January 2008, within the Western District of Washington, MARQUIN THOMPSON, did knowingly recruit, harbor, transport, provide, and obtain another person, FV1, an adult female, for labor, with knowledge and in reckless disregard that the providing and obtaining of FV1 for labor was by means of a scheme and plan to cause FV1 to believe that if FV1 did not perform the labor, FV1 would suffer serious harm, and MARQUIN THOMPSON did benefit financially from participating in a venture which had engaged in the providing and obtaining of FV1 for labor by such means.

09-CR-00122-BCST

SUPERSEDING INFORMATION, *United States v. Thompson*,
CR09-122JCC— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  All in violation of Title 18, United States Code, Section 1590.

2

3

4  _____
5  JENNY A. DURKAN
6  UNITED STATES ATTORNEY

7  _____
8  TODD GREENBERG
   ASSISTANT UNITED STATES ATTORNEY
9

10

11 _____
   YE-TING WOO
12 ASSISTANT UNITED STATES ATTORNEY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INFORMATION, *United States v. Thompson*,
CR09-122JCC— 2